Aaron D. Shipley (NSBN 8258)
Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
ashipley@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

Marcia Goodman
Kyla J. Miller
Sofia B. Orelo
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 701-8773
mgoodman@mayerbrown.com
kmiller@mayerbrown.com
orelo@mayerbrown.com
(*will comply with LR IA 11-2 within 14 days*)

*Attorneys for Defendant TH Foods, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PRESTON HOUSE, an individual,<br><br>             Plaintiff,<br><br>vs.<br><br>TH FOODS, INC. a Foreign Corporation;<br><br>             Defendant. | Case No: 2:24-cv-01326-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(First Request)** |

      Defendant TH Foods, Inc. ("TH Foods" or "Defendant") and Plaintiff Preston House ("House" or "Plaintiff"), by and through their respective counsel of record, hereby agree, stipulate and respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint by twenty-one (21) days, from September 10, 2024 to October 1, 2024. This is the first request to extend this deadline. The parties agree to the extension to permit Defendant time to fully evaluate the allegations in the Complaint so that it can prepare an appropriate response.

/ / /

/ / /

The undersigned represent that this stipulation is not designed for purposes of delay.

Dated: September 10, 2024.

| McDONALD CARANO LLP | HATFIELD & ASSOCIATES, LTD. |
|---|---|
| By: */s/ Aaron D. Shipley* <br> Aaron D. Shipley (NSBN 8258) <br> Kristen T. Gallagher (NSBN 9561) <br> McDONALD CARANO LLP <br> 2300 West Sahara Avenue, Suite 1200 <br> Las Vegas, Nevada 89102 <br> Telephone: (702) 873-4100 <br> ashipley@mcdonaldcarano.com <br> kgallagher@mcdonaldcarano.com <br><br> Marcia Goodman <br> Kyla J. Miller <br> Sofia B. Orelo <br> MAYER BROWN LLP <br> 71 South Wacker Drive <br> Chicago, Illinois 60606 <br> Telephone: (312) 701-8773 <br> mgoodman@mayerbrown.com <br> kmiller@mayerbrown.com <br> sorelo@mayerbrown.com <br> (will comply with LR IA 11-2 within 14 days) <br><br> *Attorneys for Defendant TH Foods, Inc.* | By: */s/ Trevor J. Hatfield* <br> Trevor J. Hatfield (NSBN 7373) <br> 703 South Eighth Street <br> Las Vegas, Nevada 89101 <br> Telephone: (702) 388-4469 <br> thatfield@hatfieldlawassociates.com <br><br> *Attorney for Plaintiff Preston House* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 11, 2024

2