Aaron D. Shipley (NSBN 8258)
Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
ashipley@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

Marcia Goodman (admitted *pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 701-8773
mgoodman@mayerbrown.com

*Attorneys for Defendant TH Foods, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PRESTON HOUSE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TH FOODS, INC. a Foreign Corporation;<br><br>Defendant. | Case No: 2:24-cv-01326-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

Defendant TH Foods, Inc. ("TH Foods" or "Defendant") and Plaintiff Preston House ("House" or "Plaintiff"), by and through their respective counsel of record, hereby agree, stipulate and respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint from October 1, 2024 to October 24, 2024. This is the second request to extend this deadline. *See* Order on Stipulation (ECF No. 9). The parties agree to the extension to permit Defendant time to continue its case evaluation efforts and for the parties to explore case resolution.

/ / /

/ / /

/ / /

/ / /

/ / /

The undersigned represent that this stipulation is not designed for purposes of delay.

Dated: September 30, 2024.

| McDONALD CARANO LLP | HATFIELD & ASSOCIATES, LTD. |
|---|---|
| By: */s/ Kristen T. Gallagher* | By: */s/ Trevor J. Hatfield* |
| Aaron D. Shipley (NSBN 8258) | Trevor J. Hatfield (NSBN 7373) |
| Kristen T. Gallagher (NSBN 9561) | 703 South Eighth Street |
| McDONALD CARANO LLP | Las Vegas, Nevada 89101 |
| 2300 West Sahara Avenue, Suite 1200 | Telephone: (702) 388-4469 |
| Las Vegas, Nevada 89102 | thatfield@hatfieldlawassociates.com |
| Telephone: (702) 873-4100 | |
| ashipley@mcdonaldcarano.com | *Attorney for Plaintiff Preston House* |
| kgallagher@mcdonaldcarano.com | |

Marcia Goodman (admitted *pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 701-8773
mgoodman@mayerbrown.com

*Attorneys for Defendant TH Foods, Inc.*

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 30, 2024

2