Aaron D. Shipley (NSBN 8258)
Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
ashipley@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

Marcia Goodman (admitted *pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 701-8773
mgoodman@mayerbrown.com

*Attorneys for Defendant TH Foods, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PRESTON HOUSE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TH FOODS, INC. a Foreign Corporation;<br><br>Defendant. | Case No: 2:24-cv-01326-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT**<br><br>**(First Request)[1]** |

Defendant TH Foods, Inc. ("TH Foods" or "Defendant") and Plaintiff Preston House ("House" or "Plaintiff"), by and through their respective counsel of record, hereby agree, stipulate and respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Amended Complaint from November 29, 2024 to December 16, 2024. This is the first request to extend the deadline as to the Amended Complaint.

///

///

///

///

///

---

[1] Plaintiff filed an Amended Complaint on November 14, 2024 (ECF No. 18).

The parties agree to the extension due to the Thanksgiving holiday, and counsel's existing commitments.

Dated: November 21, 2024.

| | |
|---|---|
| McDONALD CARANO LLP | HATFIELD & ASSOCIATES, LTD. |
| By: /s/ Kristen T. Gallagher | By: /s/ Trevor J. Hatfield |
| Aaron D. Shipley (NSBN 8258) | Trevor J. Hatfield (NSBN 7373) |
| Kristen T. Gallagher (NSBN 9561) | 703 South Eighth Street |
| McDONALD CARANO LLP | Las Vegas, Nevada 89101 |
| 2300 West Sahara Avenue, Suite 1200 | Telephone: (702) 388-4469 |
| Las Vegas, Nevada 89102 | thatfield@hatfieldlawassociates.com |
| Telephone: (702) 873-4100 | |
| ashipley@mcdonaldcarano.com | *Attorney for Plaintiff Preston House* |
| kgallagher@mcdonaldcarano.com | |

Marcia Goodman (admitted *pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 701-8773
mgoodman@mayerbrown.com

*Attorneys for Defendant TH Foods, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 22, 2024