# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

PRESTON HOUSE,

      Plaintiff(s),

v.

TH FOODS, INC.,

      Defendant(s).

Case No. 2:24-cv-01326-JAD-NJK

**Order**

      To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  A joint discovery plan must be filed by December 23, 2024.

      IT IS SO ORDERED.

      Dated: December 17, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1