UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PRESTON HOUSE,<br>  Plaintiff(s),<br>v.<br>TH FOODS, INC.,<br>  Defendant(s). | Case No. 2:24-cv-01326-JAD-NJK<br><br>**Scheduling Order**<br>[Docket No. 27] |

Pending before the Court is a disputed discovery plan. Docket No. 27. The presumptively reasonable discovery period is 180 days from the date of the defendant's answer or first appearance. Local Rule 26-1(b)(1). The Court agrees with Plaintiff that sufficient justification has not been presented to depart from the presumptively reasonable period. The Court will measure that period from the filing of the first motion to dismiss on October 24, 2024. Accordingly, the discovery plan is GRANTED as stated above. Deadlines are hereby SET as follows:

- Initial Disclosures: December 20, 2024
- Amend pleadings/ add parties: January 22, 2025
- Initial experts: February 21, 2025
- Rebuttal experts: March 24, 2025
- Discovery cutoff: April 22, 2025
- Dispositive motions: May 22, 2025
- Joint proposed pretrial order: June 23, 2025, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: December 23, 2024

                                _____
                                Nancy J. Koppe
                                United States Magistrate Judge