1  TREVOR J. HATFIELD, ESQ.
   Nevada Bar No. 7373
2  **HATFIELD & ASSOCIATES, LTD.**
3  703 South Eighth Street
   Las Vegas, Nevada 89101
4  (702) 388-4469 Tel.
   (702) 386-9825 Fax
5  *thatfield@hatfieldlawassociates.com*

6  *Attorney for Plaintiff*

7
                    **UNITED STATES DISTRICT COURT**
8
                         **DISTRICT OF NEVADA**
9

10 | PRESTON HOUSE, an individual, | CASE NO: 2:24-cv-01326-JAD-NJK |
11 | Plaintiff, | |
12 | vs. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT (ECF #24)** |
13 | TH FOODS, INC., a Foreign Corporation, | **(First Request)** |
14 | | ECF No. 30 |
15 | Defendant. | |

16      COMES NOW, Plaintiff PRESTON HOUSE (hereinafter, "Plaintiff"), by and through his

17 counsel, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant TH

18 FOODS, INC (hereinafter "Defendant"), by and through its do hereby stipulate and agree to extend

19 time for Plaintiff to respond to Defendant's Motion to Dismiss Amended Complaint (ECF #24), due

20 on December 30, 2024, to January 13, 2025.  This request is submitted pursuant to LR IA 6-1, 6-2

21 and LR 7-1 and is the parties' first request for an extension of time for Plaintiff to respond to

22 Defendant's Motion to Dismiss Amended Complaint.

23

24      Good cause exists for this extension.   Plaintiff has not been able to complete his review of

25 the motion due to the holiday season and counsel needs to confer with his client to formulate

26 Plaintiff's response.

27      Defendant has courteously agreed to this extension of time for Plaintiff to file his Response.

28 Accordingly, Plaintiff shall have up to and including January 13, 2025, to respond to Defendant's

                                    1

Motion for Summary Judgment (ECF #24). Consistent with this extension, Defendant's reply to Plaintiff's response shall be due 14 days after filing and service of Plaintiff's response.

**IT IS SO STIPULATED.**

Dated this 30th day of December, 2024.  Dated this 30th day of December, 2024.

**HATFIELD & ASSOCIATES, LTD.**    **McDONALD CARANO LLP**

By:*/s/ Trevor J. Hatfield*    By:   */s/ Kristen T. Gallagher*
Trevor J. Hatfield, Esq., (SBN 7373)    Kristen T. Gallagher, Esq. (SBN 9561)
703 S. Eighth Street    2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89101    Las Vegas, Nevada 89102
Tel.: (702) 388-4469    Tel.:  (702) 873-4100
Email: thatfield@hatfieldlawassociates.com    Email:  kgallagher@mcdonaldcarano.com
*Attorneys for Plaintiff*

MAYER BROWN LLP
Marcia Goodman (admitted *pro hoc vice*)
71 South Wacker Drive
Chicago, Illinois 60606
Tel:  (312) 701-8773
Email:  mgoodman@mayerbrown.com
*Attorneys for Defendant*

### ORDER

   Based on the parties' stipulation **[ECF No. 30]** and good cause appearing, IT IS HEREBY ORDERED that the deadline for response to the motion to dismiss [ECF No. 24] is extended to January 13, 2025, and defendant's reply will be due within 14 days after filing and service of that response.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 31, 2024

2