UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Preston House,<br><br>               Plaintiff,<br><br>v.<br><br>TH Foods, Inc.,<br><br>               Defendant. | Case No. 2:24-cv-01326-JAD-DJA<br><br>**Order** |

Before the Court is Defendant TH Foods, Inc.'s motion to extend discovery deadlines given the difficulty that Defendant has had with contacting Plaintiff's new counsel. (ECF No. 50). Plaintiff responds pro se and argues that difficulty contacting his new counsel is not good cause. (ECF No. 51). Defendant replies and reiterates that the confusion over who was representing Plaintiff is good cause. (ECF No. 53). The Court finds that Defendant has shown good cause for the extension of discovery that it seeks and thus grants the motion. *See* Fed. R. Civ. P. 16(b)(4); *see* LR[1] 26-3.

---

[1] This refers to the Local Rules of Practice for the United States District Court for the District of Nevada, which can be found online at https://www.nvd.uscourts.gov/court-information/rules-and-orders/

**IT IS THEREFORE ORDERED** that Defendant's motion to extend time (ECF No. 50) is **granted.** The following deadlines shall govern discovery:

| | |
|---|---|
| Expert disclosures: | April 22, 2025 |
| Rebuttal expert disclosures: | May 23, 2025 |
| Discovery cutoff: | June 23, 2025[2] |
| Dispositive motions: | July 21, 2025 |
| Joint pretrial order: | August 22, 2025[3] |

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send a copy of this order to Plaintiff.

DATED: April 11, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[2] This date is modified so that it does not fall on a weekend.

[3] Under Local Rule 26-1(b)(5), if dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.