# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Preston House,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TH Foods, Inc.,<br><br>　　　　　　Defendant. | Case No. 2:24-cv-01326-JAD-DJA<br><br>**Order** |

Before the Court is Defendant TH Foods, Inc.'s motion to strike Plaintiff's surreply (ECF No. 122) and notice (ECF No. 125), arguing that Plaintiff improperly filed both. (ECF No. 136). The Court has already informed Plaintiff that

> Local Rule 7-2 allows a party opposing a motion to make just one filing—his response—and makes it clear that "[a] party may not file supplemental pleadings, briefs, authorities, or evidence without leave of court granted for good cause. The judge may strike supplemental filings made without leave of court….House is cautioned that supplemental filings are not permitted without leave of court.

(ECF No. 64 at 9-10) (citing Local Rule 7-2(g)).

Plaintiff did not seek leave to file his surreply (ECF No. 122), or any of the other surreplies he has filed since (ECF Nos. 123, 131, 132, 140, 158). The Court also finds that Plaintiff's notice is a supplemental brief because it does not seek any relief, but purports to reserve Plaintiff's rights and "ensure a full and accurate record is preserved…" (ECF No. 125). Because Plaintiff did not seek leave of Court to file his surreplies or his notice, the Court grants Defendant's motion and further strikes Plaintiff's surreplies he has filed since. *See* LR 7-2(b), (g).

///

///

**IT IS THEREFORE ORDERED** that Defendant's motion to strike (ECF No. 136) is **granted.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **strike** Plaintiff's filings at ECF Nos. 122, 123, 125, 131, 132, 140, and 158.

DATED: August 1, 2025,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE