UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Preston House,<br><br>    Plaintiff<br><br>v.<br><br>TH Foods, Inc.,<br><br>    Defendant | Case No.: 2:24-cv-01326-JAD-DJA<br><br>**Order Denying Motions for Surreply and Expedited Treatment**<br><br>[ECF Nos. 166, 174] |

    Plaintiff Preston House brings this retaliation suit against his former employer TH Foods, Inc. The parties have recently filed cross motions for summary judgment,[1] and briefing on those motions closed just yesterday. House moves this court to expedite the ruling on his summary-judgment motion and "set a damages hearing" where he can "present evidence in support of compensatory and punitive relief."[2] He also moves to file a surreply to address the arguments that the defendant raised in the reply in support of its motion for summary judgment.[3] The court denies both motions.

    House has not demonstrated that expedited consideration of his motion for summary judgment is warranted. This case has been heavily litigated, and extensive motions for summary judgment were filed by both parties. Those aren't the only motions pending, either; several motions to compel, a motion for a protective order, and an objection to a magistrate ruling have also hit the docket just in the last few weeks, complicating this record and requiring more of this court's resources and attention. And while House is eager to have his case decided, he has not

---

[1] ECF Nos. 90, 143.
[2] ECF No. 166.
[3] ECF No. 174.

demonstrated that his case presents issues more pressing than those that appear in the hundreds of other motions on this court's docket that pre-date his motion for summary judgment. So the motion for expedited treatment is denied. The parties' respective motions for summary judgment will be considered together and in the normal course. Because briefing on those motions was completed just recently, it will be many months before a ruling on those motions will be issued.

House's request to file a surreply is denied because a surreply is not merited here. As House acknowledges, this court's local rules warn litigants that "motions for leave to file a surreply are discouraged."[4] While he's also correct that surreplies may be permitted if the movant raises new arguments or evidence in a reply brief, House misunderstands the scope of what is meant by "new." Replies are not limited to merely reurging the points and authorities from the motion. New arguments are permitted—indeed expected—in a reply if they are responsive to points or authorities raised in the response brief. It is only the arguments that lack a relationship to something raised in the response brief that might justify expanding the briefing. Having reviewed the briefing in this case, I find that TH Food's reply brief[5] does not improperly raise brand new arguments; rather, its "new" points and authorities directly address House's response brief.[6] So House's request to file a surreply is denied.

IT IS THEREFORE ORDERED that the motion for expedited ruling and to proceed to damages phase **[ECF No. 166] is DENIED**.

---

[4] L.R. 7-2(b).
[5] ECF No. 171.
[6] ECF No. 154.

1  IT IS FURTHER ORDERED that the motion to file surreply in opposition to defendant's motion for summary judgment **[ECF No. 174] is DENIED**; **the Clerk of Court is directed to STRIKE the surreply filed at ECF No. 173.**

_____
U.S. District Judge Jennifer A. Dorsey
August 12, 2025