# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Preston House, | Case No. 2:24-cv-01326-JAD-DJA |
| Plaintiff, | |
| v. | **Order** |
| TH Foods, Inc., | |
| Defendant. | |

On August 14, 2025, the Court held a hearing and extended the deadlines for expert disclosures and rebuttal expert disclosures, but did not extend any other deadlines. (ECF No. 178). This order sets those new deadlines.

**IT IS THEREFORE ORDERED** that the following deadlines shall govern discovery:

| | |
|---|---|
| Expert disclosures: | October 21, 2025 |
| Discovery cutoff: | October 21, 2025 |
| Rebuttal expert disclosures: | November 18, 2025 |
| Dispositive motions: | November 18, 2025 |
| Joint pretrial order: | 30 days after decision on the dispositive motions (ECF Nos. 90, 143) or further court order. *See* LR 26-1(b)(5). |

DATED: August 15, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE