UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Preston House,

    Plaintiff

v.

TH Foods, Inc.,

    Defendant

Case No.: 2:24-cv-01326-JAD-DJA

**Order Overruling Plaintiff's Objection to the Magistrate Judge's Order**

[ECF Nos. 162, 164]

    On August 4, 2025, plaintiff Preston House filed a notice of objection to the magistrate judge's order striking some of his filings.[1] Though he states in the notice that he "does not seek reconsideration" of the order and that he filed the notice "solely to ensure procedural preservation of issues that may arise on appeal," the defendants filed a response because the notice was labeled as an objection on the docket.[2] House filed an (unauthorized) reply,[3] in which he does appear to seek review of the magistrate judge's order and reinstatement of his stricken filings.[4] So I treat House's filing as a true objection and address its merits.

    I overrule House's objection because the magistrate judge's order was not clearly erroneous or contrary to law.[5] Local Rule 7-2(g) prohibits parties from filing "supplemental pleadings, briefs, authorities, or evidence without leave of court granted for good cause" and empowers the court to "strike supplemental filings made without leave of court." L.R. 7-2(b) specifies that "[s]urreplies are not permitted without leave of court" and that "motions for leave

---

[1] ECF No. 164.
[2] ECF No. 175.
[3] *See* L.R. IB 3-1(a) (permitting replies in support of objections "only with leave of court").
[4] ECF No. 177.
[5] Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A); L.R. IB 3-1.

to file a surreply are discouraged." The struck documents consist of surreplies[6] and one unauthorized notice.[7] None of these supplemental filings were authorized by the court, so the magistrate judge properly struck them.

**Conclusion**

IT IS THEREFORE ORDERED that Preston House's objection to the magistrate judge's order **[ECF No. 164] is OVERRULED**.  The magistrate judge's order **[162] is AFFIRMED.**

_____
U.S. District Judge Jennifer A. Dorsey
November 21, 2025

---

[6] ECF Nos. 122, 123, 131, 132, 140, 158.
[7] ECF No. 125.

2