**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Preston House,

      Plaintiff

v.

TH Foods, Inc.,

      Defendant

Case No.: 2:24-cv-01326-JAD-DJA

**Order Denying Premature Motion for Summary Judgment**

[ECF Nos. 308, 310, 313]

In December 2025, I denied pending summary-judgment motions because discovery that is relevant to the parties' dispute was still ongoing, making the then-pending motions premature. As I explained, ruling on these motions would deprive the parties of the ability to support their arguments with evidence developed in ongoing discovery. It also deprives the court of the ability to evaluate these motions with the benefit of a complete record. So I denied the parties' motions for summary judgment without prejudice to their ability to refile them closer to the March 18, 2026, dispositive-motion deadline. I also cautioned that further summary-judgment motions filed before discovery is completed may be denied without prejudice.[1]

Many of those same discovery issues are still ongoing.[2] Defendant TH Foods, Inc. has recently filed a motion for an order regarding a mental examination and one to further extend the discovery deadline. Nevertheless, Plaintiff Preston House has again filed a motion for summary judgment.[3] Because ongoing discovery would make it inefficient for the court to consider the propriety of summary judgment on the record as it currently stands, IT IS ORDERED that

---

[1] ECF No. 297.

[2] *See* ECF Nos. 298, 301.

[3] ECF No. 308.

Plaintiff Preston House's motion for summary judgment **[ECF No. 308] is DENIED as premature** and without prejudice to its timely filing after the discovery issues have been resolved. IT IS FURTHER ORDERED that TH Foods's motion to strike the summary-judgment motion and motion to extend time **[ECF Nos. 310, 313] are DENIED as moot.**

_____
U.S. District Judge Jennifer A. Dorsey
February 20, 2026

2